UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DOBBS, | CASE NO. CV F 11-0530 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 18.) |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Defense counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 24, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the October 4, 2012 pretrial conference and November 14, 2012 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   September 27, 2012**            /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE