```
BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| JOSEPH DOBBS, | ) | 1:11-cv-00530-LJO-SMS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR FILING DISPOSITIONAL DOCUMENTS** |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 160(b), the parties to this action hereby stipulate and request that the Court order an extension of time for the filing of dispositional documents in this settled Federal Tort Claims Act case. Upon reaching their agreement the parties promptly prepared and signed a written settlement agreement, and counsel for the United States submitted all required documents to the Judgment Fund on September 24, 2012, in order to request payment of the settlement amount. As of this date, however, the Judgment Fund has not processed the request for payment. The parties therefore request that the Court extend the deadline for dismissing this action to November 14, 2012. Once Plaintiff's counsel receives the settlement funds, the

parties will promptly file a dismissal of this action with prejudice.

```
                                    Respectfully submitted,

Dated: October 23, 2012             BENJAMIN B. WAGNER
                                    United States Attorney

                              By:    /s/ Benjamin E. Hall
                                    BENJAMIN E. HALL
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant

Dated: October 23, 2012             LAW OFFICES OF EDWARD B.
                                    CHATOIAN

                                    [Authorized 10/23/12]

                              By:    /s/ Edward B. Chatoian
                                    EDWARD B. CHATOIAN
                                    Attorneys for Plaintiff
```

**ORDER**

Good cause shown, the Court hereby ORDERS the parties, no later than November 14, 2012, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

IT IS SO ORDERED.

**Dated:   October 23, 2012**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE